UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Roberto C.,

        Petitioner,

v.

Pamela Bondi, et al.,

        Respondents.

**ORDER DISMISSING WRIT OF HABEAS CORPUS**
Civil File No. 26-771 (MJD/DJF)

---

Juan J. Martinez, Attorney at Law, Counsel for Petitioner.
Ana H. Voss, Assistant United States Attorney, Counsel for Respondents.

---

Before the Court is Petitioner's Motion for Voluntary Dismissal of Petition for Writ of Habeas Corpus. The Court agrees the petition is moot in light of the habeas relief granted in <u>Roberto C. v. Bondi</u>, 26-CV-0637 (D. Minn. Jan. 28, 2026).

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner's Motion for Voluntary Dismissal of Petition for Writ of Habeas Corpus Pursuant to Fed. R. of Civ. Pro. 41(a) **[Doc. 6]** is **GRANTED**. Petitioner's Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 30, 2026                        s/Michael J. Davis
                                                                      Michael J. Davis
                                                                        United States District Court