# UNITED STATES DISTRICT COURT

## District of Minnesota

Roberto Gregorio Castelo Andino

Petitioner(s),

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: **26-cv-771 MJD/DJF**

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Petitioner's Motion for Voluntary Dismissal of Petition for Writ of Habeas Corpus Pursuant to Fed. R. of Civ. Pro. 41(a) **[Doc. 6]** is **GRANTED**. Petitioner's Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

Date: 1/30/2026

KATE M. FOGARTY, CLERK